KIRKPATRICK *v.* COSTO.

CORPORATIONS—LIABILITY OF STOCKHOLDERS.
    Case ruled by *Kirkpatrick* v. *Bessalo, ante,* 657.

Case made from Houghton; Haire, J., presiding. Submitted April 8, 1898. Decided April 19, 1898.

Proceedings by Allen Kirkpatrick against Joseph Costo under 1 How. Stat. § 4886 *et seq.*, to enforce the individual liability of defendant for goods sold to a corporation in which he was a stockholder. Plaintiff had judgment, and defendant assigns error. Affirmed.

*A. T. Streeter*, for appellant.

*Dunstan & Hanchette*, for appellee.

LONG, J. This case was heard with that of *Kirkpatrick* v. *Bessalo, ante,* 657. The questions there discussed and decided are applicable to the present. The question of the extent of the liability of a stockholder in the association is more fully argued in the present case, but, as we have examined the briefs in the present case in connection with the *Bessalo Case*, we shall not discuss the question here. The present case was heard before the court without a jury, and a judgment found against the defendant for $10; he holding one share of stock. The case grows out of the same judgments as in the *Bessalo Case*. We find no error in the record, and the judgment is affirmed.

The other Justices concurred.